People v Hinson (2024 NY Slip Op 03939)

People v Hinson

2024 NY Slip Op 03939

Decided on July 26, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 26, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., CURRAN, OGDEN, KEANE, AND HANNAH, JJ.

357 KA 21-01173

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
STANLEY J. HINSON, DEFENDANT-APPELLANT. 

JULIE CIANCA, PUBLIC DEFENDER, ROCHESTER (TONYA PLANK OF COUNSEL), FOR DEFENDANT-APPELLANT.
SANDRA DOORLEY, DISTRICT ATTORNEY, ROCHESTER (LISA GRAY OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Supreme Court, Monroe County (Judith A. Sinclair, J.), rendered August 17, 2021. The judgment convicted defendant upon a guilty plea of attempted burglary in the second degree. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of attempted burglary in the second degree (Penal Law §§ 110.00, 140.25 [2]). Contrary to defendant's contention, his waiver of the right to appeal was knowing, voluntary, and intelligent (see generally People v Thomas, 34 NY3d 545, 560-563 [2019], cert denied — US &mdash, 140 S Ct 2634 [2020]; People v Brooks, 188 AD3d 1630, 1630 [4th Dept 2020], lv denied 36 NY3d 1055 [2021]). That valid waiver forecloses review of defendant's request that we exercise our interest of justice jurisdiction to adjudicate him a youthful offender (see People v Latimore, 179 AD3d 1551, 1551-1552 [4th Dept 2020], lv denied 35 NY3d 971 [2020]).
Entered: July 26, 2024
Ann Dillon Flynn
Clerk of the Court